109 A.3d 676

COMMONWEALTH of Pennsylvania, Respondent

v.

Lamar OGELSBY, Petitioner.

No. 4 EM 2015.

Supreme Court of Pennsylvania.

Feb. 11, 2015.

## ORDER

PER CURIAM.

AND NOW, this 11th day of February, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro*

212

*Tunc* is **GRANTED.** Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file the already-prepared Petition for Allowance within 5 days.